NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IA LABS CA, LLC,**
*Plaintiff-Appellant,*

**v.**

**NINTENDO CO., LTD.,** AND **NINTENDO OF AMERICA, INC.,**
*Defendants-Appellees.*

---

2012-1644

---

Appeal from the United States District Court for the District of Maryland in No. 10-CV-0833, Judge Peter J. Messitte.

---

**JUDGMENT**

---

ANDREW DINOVO, DiNovo Price Ellwanger & Hardy LLP, of Austin, Texas, argued for plaintiff-appellant. With him on the brief were ADAM G. PRICE, JAY D. ELLWANGER, NICOLE E. GLAUSER and STAFANIE T. SCOTT.

JERRY A. RIEDINGER, Perkins Coie LLP, of Seattle, Washington, argued for defendants-appellees.  With him

on the brief were TYLER C. PETERSON and KIRSTIN E. LARSON; and C. MARK KITTREDGE, of Phoenix, Arizona.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judge*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 18, 2013
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk